SCANNED *WNcF* and Emailed on
-11-16-22 by *SG* *26* pages.
(date)    (initials)    (num)

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Jared Mynatt**

<div style="border:1px solid red">

**FILED**

**11/16/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

</div>

vs

Case Number: 2:22-cv-00514-JRS-DLP

(Full name of defendant(s))

**Dennis Reagle et al**

(to be supplied by clerk of court)

A. **PARTIES**

1. Plaintiff is a citizen of **Indiana**, and is located at
   (State)

   **Wabash Valley Corr. Facility #1111 Carlisle Ind 47838**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Dennis Reagle et al**
   (Name)

Complaint - 1

23 pgs (+ I.F.P = 26 pgs)

is (if a person or private corporation) a citizen of ___Indiana___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Indiana Dept. of Correction    (PCF)___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

See Supplement (unsafe and unsanitary Conditions, lack of Maintaince) (Staff Retaliation, lost property)

Defendants Attachment to Sec. A(2)

Dennis Reagle                                      (Hazardous Conditions)

Maggie Bryant

Sgt Ruiz

LT Phfleeger

Capt Bowman

C. Conyers

CW Greathouse

CW Ashby

CW Vckov

CW Watkins

Mr Ertle

Major John Doe

John Doe (Paragraph #7)   Shift Supervisor (H Bracket)

John Doe (Paragraph #7)   Shift Supervisor (I Bracket)

John Doe (Paragraph #7)   Shift Supervisor (J Bracket)

John Doe (Paragraph #7)   Shift Supervisor (K Bracket)

( Supplement to Sec.4(B) of Prisoner Complaint )
( Hazardous Conditions )

1) On April 3, 2021 I spoke to Sgt Ruiz, LT Phfleege and Capt. Bowman requesting to exchange bed cloths and sanitize my cell. Sgt Ruiz stated I dont care about you cleaning your cell. So I spoke to the Supervisers Capt Bowman and LT Phfleeger about Sgt. Ruiz and not recieving sanitation supplies or bedding. The reply was "Were not giving you shit" and walked away. I wrote Mr Reagle advising him of the situation without a reply, I also wrote C. Conyers a grievance that she denied stating out of time". I submitted it to CW Vckov on 4-3-21 the day the violation against me occurred or affected me.

2) On April 29, 2021 I went to a Shower. I was denied clothing, hygiene and Razor. This was my third shower without these hygenic opportunities. Capt Bowman, LT Phfleeger, Caseworker Ashby, Caseworker Vckov, I spoke to directly concerning the 2 previous incidents, Mr Reagle and C. Conyers I wrote and submitted grievances informing them. On May 26, 2021 I got the grievance back Denied relief. So I resubmitted the OGRR and requested an Appeal, I got no reply. I spoke with CW Ashby + CW Vckov about appeal and response. None was ever given.

3) On May 22, 2021 I was denied clothing, hygiene at my shower opportunity. Staff stated "we have nothin to give you". I again spoke to LT Phleeger, Capt Bowmen CWs Ms Watkins, Ashby. I again alerted Mr Reagle

— 4 —

and C. Conyers. I got absolutely no reply even after I requested them through the Caseworkers.

4) On June 13, 2022 I was denied a shower. I submitted a grievance because my last chance to shower was Thursday June 10 2021, I did not get to shower again until June 15 2022 well beyond the 72 hr. Standard. I again alerted all relevent staff Capt Bowman, LT Phfleezer, CW Watkins Mr Reagle and C. Conyers. C. Conyers Returned my compleint Stating "I wasnt directly affected by the incident" I resub-mitted the grievance, got no reply, I Attempted to appeal and still got no reply.

5) On Aug 30 2021 I was denied shower, hygiene and clothing I alerted Capt Bowman, LT Phfleezer, CW Ashby Mr Reagle and filed a grievance. #132733 C. Conyers denied me relief. I attempte to appeal and dont believe I got any reply to the appeal.

6) On Oct 23 2021 I was denied hygiene and clothing. I alerted Capt Bowman, LT Phfleezer, CW Ashby, Mr Reagle and C. Conyers. My grievance was exhuded and denied, However I did not recieve any reply until March of 2022 when it was due January of 2022. Grievance #134969

7) On April 14 2022 I wrote Mr Reagle, Mr Ertle, 4 unknown John Does (shift Supervisers) Capt Bowman, LT Phfleezer, Major John Doe and GCH sgt's compleinging of my conditions of my Confinement, Lack of rec, showers, hygiene ect.

— 5 —

I named specific names, dates, times and All relevent information, I got no result or remedy.

<u>Supplement</u>

The Four John Does were shift supervisors and will have to be identifyied by the facility records for the relevent dates. I included them because they were supervisory staff who with full knowledge and awareness of the incidents or situation; chose to not act or supervise or instruct their subordinate staff. Acting with deliberate indifference

The Same goes in respect to Major John Doe. He'll have to be identifyied thru facility record books; was a senior supervising staff with full knowledge of the situation an did not supervise instruct or attempt to remedy the situation.

This may also relate or refer to another case I have filed in the U.S.D.C Southern District of Indiana Also labeled Mynatt V. Reagle Case # 1:22-CV-197-SEB-DML. Dismissed without prejudice and Refiled as seperate complaints against Mr Reagle et al,

If this complaint and that complaint meet the "Joinder standard" they may be "Joined", I would prefer this.

- 6 -

Defendants  (Sec A(2) Attachment)

(Unsanitary Conditions)

| | |
|---|---|
| Dennis Reagle | C/o Martin |
| LT. PhFleeger | C/o Fawyer |
| C.W. Ashby | C/o Alicia |
| C.W. Greathouse | C. Conyers |
| Major John Doe  (Paragraph #1) | C/o John Doe (Youngster) (Paragraph #6) |
| Sgt Mason | C/o John Doe (Beatty) (Paragraph #6) |
| Sgt House | Capt Bowman |
| C.W. Vckov | Sgt John Doe (Ruiz) (Paragraph #3) |
| Sgt John Doe  (Paragraph #3) | C/o Evans (Evans is Beatty Paragraph #6) |
| Sgt Noredoes | |
| C/o Downs | |
| Sgt Nieman | |
| LT Marsh | |
| C/o K. Carter | |
| C/o Turner | |
| C/o Saxxon | |
| Sgt Yea Yea | |

(Supplement to Sec 4(B) of Prisoner Complaint)

(Unsafe conditions)

1) On March 9, 2021 I was forced to sit in a shower for 2 hrs. Then upon being placed in my cell I was given a food tray I spoke to LT Phfleeger, CW Ashby, CW Greathouse and Maj. John Doe about not having any way to wash my hand or eating utensil's to which CW. Greathouse stated "You guys throw feces like monkey's now you can eat like one" I submitted a grievance on March 10, 2021. I never got a reply, even after I requested one. I attempted to appeal, again no response.

2) On March 10, 2021 I noticed toilet water dripping into the trays I alerted C/O Jane Doe (Sgt Mason or Sgt House) She replied "Oh well they got lids". Forcing me to eat toilet water or starve. I wrote a grievance after I spoke to CW. Jane Doe, I got no reply nor did I get a reply to my appeal attempt.

3) On May 16 2021 I asked for sanitation supplies, I was denied by Sgt John Doe stating "Your not getting any cleaning supplies even if we had them". I submitted the grievance and C. Conyers told me she wouldnt investigate or accept my grievance because I couldnt identify the Sgt John Doe by name. However policy states we dont have to know staff names.

4) On June 20 2021 I was placed in a cell containing Blood, Urine, Feces (Actual Piles) and was refused

any and all sanitizing materials. The toilet did not work or flush. I was forced to defecate in bags and urinate in the sink. I was held in this cell until July 6, 2021. I complained to CW. Ashby, Sgt Downs and Sgt Noradoes, Sgt Nieman, LT. Marst Mr. Reagle (in writing) c/o K. Carter c/o Turner (Tina) c/o Saxxon Sgt Yea Yea, c/o Martin, c/o Fawyer, c/o Alicia. All of them knew and seen the cell but refused to remedy the situation. I filed a grievance on July 2, 2021 But C. Conyers didnt recieve it (due to the lack of mail process) until Aug 9 2021 then she claimed I stated to many issues (in discribing my situation) I attempted to resubmitt the re-written grievance but got no reply, Nor did I get a reply to my appeal attempt. However 2 days AFTER I was removed from the cell it was fixed. I did have c/o Turner photograph the cell but the facility refused to provide me correct copies.

5) On July 8, 2021 I was forced to use a broken shower. No lights, missing screws and a broken slot. I submitted a grievance on July 9, 2021 after alerting staff and cw. Ashby. I got no response, Nor did I get a reply to my attempted appeal.

6) On Sept 28, 2021 I was forced to shower in a broken shower after I lathered up and was attempting to find the water button to rinse off (I couldnt see it due to no lights) I felt something smack my head, I fell unconcious, when I awoke I noticed blood everywhere and severe pain above my left eye, I could no longer see correctly

— 9 —

out of my left eye, I immediately yelled for help. C/o John Doe (Youngster) and c/o John Doe (Beatty) immediately escorted me downstairs and Sgt Poor contacted medical. I sustained Five butterfly stitches and a loss of vision. I contacted C. Conyers and Exhausted my grievance process to completion See grievance # 134921

7) On Oct 23, 2021 I complained about being forced to drink contaminated water. See grievance #134917, My grievance was exhausted. I ended up getting severe diahrrea and stomach problems I wrote Mr. Reagle, CW Ashby, Capt Bowman an C. Conyers nothin was done, It was later determined that the facility had a Legionella Outbreak (contaminated water)

8) On Nov 28, 2021 I was again forced into a broken shower, after complaining to Capt. Bowman, LT PhFleeger, Mr. Reagle, CW Ashby, CW Greathouse I submitted a grievance, C. Conye refused the grievance Stating the issue had already been addressed in a previous grievance.

( Supplement to paragraphs in Sec 4(B) )

In paragraph 2, Named Defendant I believe was Sgt Mason or Sgt House. She will have to be correctly identified by the unit log book For March 10 2021 AM to Pm shift.

In paragraph 3 Sgt John Doe I believe was Sgt Ruiz but will have to be correctly identified by the Unit log book

For march 16, 2021 Am to PM Shift

In paragraph 6, c/o John doe (Yougster) Yougster was his alias and he can be identified by incident reports and Unit log book for Sept 28, 2021 PM to AM shift. Same goes for c/o John Doe (Beatly. Beatly being his alias. I was told his name was Ofc Evans by Staff.

As to this complaint may reference or refer to other suits filed by the plaintiff under Mynatt V. Reagle I ask that if it meets the "Joinder" standard that it be Joined with those or any relating lawsuit or complaint. It was originally filed under Mynatt V. Reagle 1:22-CV-197-SEB-DML

Defendents  Sec A(2)

( Retaliation , Lost Property )

| | |
|---|---|
| Dennis Reagle | Sgt Matlock |
| Maggie Bryant | C/o K Carter |
| D. Alsip | C/o Fawyer |
| C. Conyers | C/o Turner (Tina) |
| CW Greathouse | C/o Moser |
| CW Ashby | C/o Curly |
| CW Vckov | CW Watkins (Miss) |
| Capt Bowman | C/o Davis (Property Ofc) |
| LT. Phflegger | MS Griever (GTL lady) |
| C/o Yea Yea | L. Chambers |
| C/o Racheal | C/o Alicia |
| C/o John Doe (Monty Mall)(E-Squad) | Sgt Noradoes |
| Sgt Ruiz | C/o Downs |
| C/o Terry | MS Raines |
| C/o Thomas (Miss) | John Doe Internal Investigator |
| Sgt House | Sgt Pintell |
| Sgt Mason | C/o Jefferson |
| C/o Koenig | Sgt. Avila |

(Supplement to section 4(B) of 1983 Complaint)

(Retaliation, Lost Property)

1) On march 9,2021 My cell was searched by Staff, later identified to me as Mr Reagle. My cell was the only cell in the cellhouse Mr Reagle Searched. All my personal property was taken (Sweat suit, Glasses, GTL Earbuds) without any confiscation Notice or Inventory sheet being provided. After all other inmates recieved their property or inventory sheet, I spoke to C.W. Vckov, Cw Greethouse, Cw Ashby Capt Bowman, LT Phfleeger, C/o Yea-Yea, C/o Racheal, C/o John Doe (Monty Mall) Sgt Ruiz, C/o Terry, C/o Thomas (VMS) Sgt House, Sgt Mason, Sgt Matlock, C/o K. Carter, C/o Fawyer, C/o Turner, C/o moser, C/o Carly, about my property and not recieveing my property. I was told by C.W. Vckov on March 13 2021 that my property was lost and missing. I then gave Cw. Vckov my Formal Grievance. As this was intentional retailiation for grievances and letters I submitted to C. Conyers and Mr Reagle and Ms Bryant. My griev-ance was refused as untimely even after I gave it to Cw. Vckov within 4 days of incident, why Cw Vckov did not give it to C. Conyers for processing until april 6 2021, I can only say was an attempt to "Thwart" my grievance process.

2) On April 27, 2021 after I got off strip cell, My property was returned to me, I noticed my legal papers missing, pictures missing and Mental Health papers missing. I immediately complained to Staff on unit, Cw watkins, Cw vckov and Cw Ashby as well as LT Phfleeger and Capt Bowman. Some of the legal work was found but my property was intentionally lost and mishandled by staff as retailiation for Grievances and complaints

I submitted a grievance, that C.Conyers recieved June 7, 2021 I gave the grievance to CW.Watkins (MS) on April 27, 2021. I believe the delay was an attempt to thwart my grievance process in retailiation For complaints against CW.Watkins I submitted another grievance on May 11, 2021 because staff, at that time, had still refused to give me my property. I spoke with property ofc Davis also who stated "You'll get your property when I feel like it, Til then sit in there and suffer" This was in regards to the afore mentioned legal work. I wrote the grievance moreso to document the situation. It was denied as inappropriate to Grieve

3) I filed a grievance on May 24, 2021 after speaking to and writing CW. Greathouse, CW. Ashby CW MS Watkins about my commissary orders not being submitted or processed. C. Conyers refused to process My grievance and CW Greathouse and CW MS Watkins refused to remed or correct the unfair treatment. This was done as retailiation for grievances and complaints against CW Greathouse, CW MS watki and C. Conyers. I requested response to the grievance and never got one.

4) On June 9, 2021 my tablet was turned off, I never recieved any notice or conduct Report or other due process for the loss of priveleges I immediately intiated an informal grievance with CW MS Watkins. because I had lost privileges and money. On June 16, 2021 I recieved a "Request Slip" from CW Watkins stating "I was on tablet restriction" So at this point I requested a formal grievance from CW watkins who told me she didnt have any to give (In an attempt to keep me from grieveing the issue) after I had gotten into an argument

with her about the issue and the Fact that I was the First and only inmate subject to this punishment. (It was custom for inmates to email GTL about tablet issues for other inmates) and that I recieved no notice or conduct report before punishment. I was denied grievance forms until Surrey 1, 2021. I immediately filed a grievance. On July 20, 2021 the grievance was denied, I immediately gave the OGRR and Appeal to CW. Ashby for copies and resubmission. It was recieved July 27 2021 but apparently not together, However I gave them to CW ashby on July 21 2021 together. Then on July 28, 2021 I recieved a Second OGRR and Grievance Appeal in the mail. I re-filed the Grievance appeal with the OGRR a second time on July 29 2021 with CW. Ashby. On Aug 3, 2021 the Appeal was again recieved by C. Conyers without the OGRR. She (C. Conyers) sent me a Return of Grievance stating the issue, To which I sent her back the Return of Grievance stating I had provided the necessary documents to CW Ashby on July 29, 2021. On Aug 17 2021 she (C. conyers) recieved the OGRR but not the Grievance (Remember she got the Appeal (Aug 3, 2021) Then C. Conyers on ~~obtober~~ ~~Aug 31~~ Aug 31 2021 sends me a Return of Grievance asking for the OGRR that she recieved Aug 17 2021 (Stamped). I submitted all documents "Together" to CW Ashby "twice" in accordance with policy. Both CW Ashby and C. Conyers made every attempt to hinder my grievance process, after C. Conyers finally accepted my appeal she denied it, then when I attempted to complete the level 2 process she Flat refused to allow me. My grievances were intentionally mis handled so as to retailiate against me for filing grievances. # 130206 Ms Griever retailiating against me by shutting off my Tablet

— 🖤 — 15

5) On May 12, 2021 I wrote Mr. Reagle about staff throwing away my grievances in an attempt to prevent me from filing grievances. I got no response. Just the letter returned by C. Conyers.

On June 30 I again wrote Mr Reagle about my grievances not getting responses, being refused process and how the process was being made "unavailable" to me by staff action. Mr Alsip replied requesting more info. I resubmitted the Request with another Attachment. I never got a response beyond the intial reply, I just got the Request back.

On June 14 I wrote a letter and had it notarized by CW. Vekov to Mr Reagle about Caseworkers in GCH (Ashby, Watkins, Vekov) refusing me grievances, pens and other access to legal material.

6) On July 6, 2021 I submitted a grievance because staff L. Chamber refused to give me my Bible I had ordered. He stated it was because he didnt recieve proper notice, yet the book was deliever to PCF on July 6 2021, The same day he claimed he got the notice. Then he stated I didnt use my full name because I wrote Mynatt, J on the request instead of Jared Mynatt. Then he further states he confiscated a "New Life Study Testament" and that I only stated I was recieving a Bible. I filed a grievance on July 6, 2021 on Aug 6, 2021 I submitted the Appeal and OGRR, both stamped Recieved Aug 11 2021. Then on Aug 31 2021 I get a Return of Grievance stating "I need your OGRR and Appeal together (mind you she stamped Recieved on them for Aug. 11 2021) At this time she sends me a second Appeal form, I fill it out and submit it with another copy of the OGRR. She recieves it on Sept 2, 2021 (stamped)

— 0 — 16

then on Sept 23 2021 C. Conyers denies my grievance as out of time frame. Yet everything was in time frame. I attempted level 2 grievance but was refused by C. Conyers. This was done to retailiate against me for complaints and grievances about C. Conyers  #130902

7) On June 14 2021 I wrote a grievance about staff taking my legal work and throwing it away and that they doing it to retailiate (C/O Norados c/o Downs) and keep me from filing grievances (c/o Moser, C/O Alicia) I had written Mr Reagle, Ms Bryant, Ms Raines and Mr Greathouse along with Capt Bowman and LT. Phfleeger even Mr Alsip without relief. My grievance was denied, I appeala without a reply being given. On July 29 2021 I filed a loss of property claim without a response.

8) On June 1 2021 I submitted another grievance about not recieving grievances or appeals, responses to grievances. Staff witholding and refusing to process forms. All in an attempt to retailiate and harrass me. This was done by C.W. Ashby, C.W. Vckov, C.W. watk I notifyied Mr Reagle, Mr Alsip, Ms Raines Ms Bryant and had submitt previous grievances. All without relief. On Aug 6 2021 I submitte an Appeal with the OGRR, They were recieved Aug 11 2021 On or about Aug 18 2021 I recieved a Return of Grievance Stating C. Conyers needed my Appeal and OGRR together. I resubmitted a second appeal and OGRR, They were recieved Sept 2 2021 Then she (C. Conyers) Returned the Grievance Again denying me process as out of time. Again C. Conyers intentionally retailiated against me by refusing my grievance. #130899

— 8 — 17

9) On Oct 30 2021 I again Contacted Mr Reagle concerning the retailiation and lack of Grievance Process, CW Ashby Signed and Submitted it, I got no reply.

10) On Nov 4, 2021 LT. House and Internal Investigator John Doe (can be identified thru SAVED video recordings) Searched my cell in retailiation for complaints and grievances. They took legal documents, destroyed religous books and ripped family photo's in half. I notified CW Ashby. Filed a grievance. C. conyers denied the grievance and told me to File a Property loss claim which I did without result.

11) On Nov 4 2021 During a cell search I was forced off camera and stripped to my boxers, then left for several hours within 3ft of an open door with tempeture outside of roughly 40° Finally after several hours of screaming for help c/o Jefferson and John Doe (c/o can be identified by unit log book) c/o Jefferson Stated "Nobody cares your back their, shut up and take it" This was intentional retailiation.

c/o Koenig also stated "He's suicidal about all the penis" after I notified Staff (Sgt Pintell) Sgt John Doe that I was having Suicidal thoughts. This was retailiation an discrimination against me for my sexual preferance. The grievances I got responses to I exhausted to level 2 appeal, most of those don't even get reply's because thats the final Administrative remedy

In paragraph 10 the John Doe was an Internal Investigations ofc. I had the facility save the video for the incident and he can be identified thru the video footage.

In paragraph 11 the John Doe c/o Did not commit any violation but is a witness and can be identified by the unit log book for the date in question, Sgt John Doe is Sgt Pintell

This claim does refer and reference other claims, it was originally filed under Mynatt v. Reagle 1:22-CV-197-SEB-DML It may overlap or cross reference the other claims filed under Mynatt v. Reagle and if it meets the "Joinder" standard I respectfully request it be "Joined" with those claims.

Sgt Avila did use excessive force by Macing me because I walked away from him, into my cell. This was done without cause or provocation. Even C/o Peet stated "Dude sprayed you for no reason". This was done between July - Aug of 2020. I will have to get proper dates and time from the use of force Report and medical records. This was done because I said "I want a grievance", in retaliation for attempting to complain. Excessive force is investigated by Internal Investigations, I was never notified of outcome.

-19-

(Supplement to Sec 4(B) of 1983 Complaint)

12) On ~~Marq~~ April 8, 2021 CW Greathouse retailiated against me by refusing to process a remit slip I posted in accordance with policy. On April 9, 2021 I submitted a formal grievance, On May 4 2021 I got the response denying relief. I appealed the decision, the Appeal was recieved by C. Conyers who refused to respond Further, even after I wrote request and Spoke to cw. Ashby about getting a response so I could file level 2 process. # 126825

The same scenerio played out a second time on July 9, 2021 with the same result with the grievance process.

13) On Aug 6, 2021 L. Chambers again retailiated against me by refusing to allow me to recieve books even though I Complied with policy completely. Then he returned books to Sender without even giving me any notice, per policy. I filed a grievance and exhausted all administrative remedies See # 134004. This also happend with Photos on Sept 3, 2021 I exhausted administrative remedies See # 134005, The pictures were photoshopped to be "Facility Friendly" in Compliance with Facility Policy.

14) On Oct 19, 2020 I wrote a request to ~~the~~ C. Wagney (administrative Asst) because I attempted to send legal documents thru the mail to Wexford health Services. I was denied. I resent the documents and request with a grievance to Mr Reagle on Oct 20, 2020 I recieved a reply signed by Mr Abip stating "It was my responsibility to send it to Wexford" which was my original intention when I attempted to mail it out. I never got any

response to the grievance even after I submitted a request for one. Same result with my attempted appeal. I also wrote Mr. Reagle a 2nd complaint because I had originally sent the documents to the mailroom for posting in April and they were held and not posted or returned to me until October.

15) On Oct 27, 2021 I recieved a letter from Edward Hamilton Bookseller stating that the $90.00 check that was to be mailed to him was not with the book order. I had submitted them together with written instructions to CW Greathouse and L Chambers that they be posted together. This was posted on Oct 7, 2021

16) On Dec 8, 2021 A. Alicia retaliated against me by confiscating an Art book, he did not follow policy or provide adequate reasons. This was done as retaliation for previous grievances I filed a grievance but got no reply even after I requested them.

17) On Aug 26, 2021 I posted legal documents and a Client Agreement to Ken Falk of the ACLU. Mr Falk recieved all documents but the Client Agreement had been removed. Staff involved were cw Ashby cw Greathouse and L Chambers. I grieved the issue without getting a reply and attempted an appeal with the same result.

(Supplement to Paragraphs 12-17)
I seperated them because they pertain to retaliation by mail tampering, Denial of mail and access to the courts.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Damages for any future medical needs and mental health treatment, from permanent disfigurements

Damages for lost, stolen property

Any and all relief available by law.

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
                      OR

☐    Court Trial – I want a judge to hear my case

Dated this ___7___ day of ~~~~~ _Nov_ ____ 20 _22_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____/ 2000/_____
Plaintiff's Prisoner ID Number

_Wabash Valley Corr, Facility_
_#1111 Carlisle Ind 47838_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 6